UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY COMELLA,

    Plaintiff,

v.

THE GRANGER GROUP, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1407

HON. JANET T. NEFF

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (ECF No. 7) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice.

    **IT IS SO ORDERED**.

Dated: March 26, 2019

  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge